Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and*
*Wynn Resorts Holdings, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT NGUYEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company, WYNN RESORTS HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-00176-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Vincent Nguyen ("Plaintiff"), by and through his counsel, Greenberg Gross LLP, and Defendants Wynn Las Vegas, LLC and Wynn Resorts Holdings, LLC ("Defendants"), by and through their counsel, the law firm of Jackson Lewis P.C., that Defendants shall have a 2-week extension up to and including **March 13, 2026**, in which to file their response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.      Defendants Wynn Las Vegas, LLC and Wynn Resorts Holdings, LLC were served with the Summons and Complaint on February 6, 2026, (ECF No. 1) making Defendants' response to Plaintiff's Complaint currently due on February 27, 2026.

2.      Defendants' counsel was retained this week to represent the Defendants and is still in the process of obtaining information to investigate Plaintiff's allegations spanning 10 separate claims and 119 individual paragraphs in the Complaint.  Defendants' counsel does not presently

JACKSON LEWIS P.C.
LAS VEGAS

have sufficient fact information to meet the current deadline to respond to the Complaint on February 27, 2026.

3. The Parties have agreed to extend the deadline for Defendants to file their response(s) to Plaintiff's Complaint to March 13, 2026, to allow Defendants sufficient time to investigate the allegations in the Complaint.

4. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

Dated this 26th day of February, 2026.

GREENBERG GROSS LLP

*/s/ Marian L. Massey*
Jemma E. Dunn, Bar #16229
Matthew T. Hale, Bar #16880
Marian L. Massey, Bar #14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Vincent Nguyen*

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, Bar #6596
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and*
*Wynn Resorts Holdings, LLC*

**ORDER**

IT IS SO ORDERED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/27/2026