JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Vincent Nguyen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT NGUYEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company, WYNN RESORTS HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants | Case No.: 2:26-cv-00176-CDS-DJA<br><br>**Order Approving STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT WYNN RESORTS HOLDINGS, LLC,'S MOTION TO DISMISS (ECF NO. 14)**<br><br>**(FIRST REQUEST)**<br><br>[ECF No. 16] |

**IT IS HEREBY STIPULATED** by and between Plaintiff Vincent Nguyen, by and through his respective counsel of record, and Defendant Wynn Resorts Holdings, LLC., by and through their respective counsel of record, that Plaintiff shall have until April 10, 2026 to file his response to Defendant's Motion to Dismiss. This Stipulation is submitted and based upon the following:

1.      Plaintiff's Complaint was filed in the United States District Court, District of Nevada on January 26, 2026 and asserted claims related to Plaintiff's employment with Defendant. (ECF No. 1).

2.      On March 13, 2026, Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion"). (ECF No. 14).   Thus, Plaintiff must file a response to the Motion to Dismiss within 14-days, on or before March 27, 2026.  (*See* LR 7-2(b)).

3.      Due to Plaintiff's counsel being out of the office from March 16, 2026 through March 20, 2026, Plaintiff requests additional time to respond to the Motion.

4.      The Parties have agreed to extend the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by two-weeks, from March 27, 2026 to April 10, 2026, to allow Plaintiff adequate time to respond to Defendant's Motion.

5.      This is the first stipulation to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss.

6.      The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7.      This Stipulation is made in good faith and not for the purpose of delay.

**SO STIPULATED.**

Dated this March 23, 2026.

| | |
|---|---|
| **GREENBERG GROSS LLP** | **JACKSON LEWIS P.C.** |
| */s/ Marian L. Massey* | */s/ Deverie J. Christensen* |
| Jemma E. Dunn, Bar #16229 | Deverie J. Christensen |
| Matthew T. Hale, Bar #16880 | Nevada State Bar No. 6596 |
| Marian L. Massey, Bar #14579 | 300 S. Fourth St., Suite 900 |
| 1980 Festival Plaza Dr., Suite 730 | Las Vegas, Nevada 89101 |
| Las Vegas, NV 89135 | |
| | *Attorneys for Defendant Wynn Resorts Holdings, LLC.* |
| *Attorneys for Plaintiff Vincent Nguyen* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated:   March 25, 2026

-2-

STIPULATION