JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Vincent Nguyen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT NGUYEN, an individual,<br><br>Plaintiff<br><br>v.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company, WYNN RESORTS HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants | Case No.: 2:26-cv-00176-CDS-DJA<br><br>**Order Approving STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT WYNN RESORTS HOLDINGS, LLC,'S MOTION TO DISMISS (ECF NO. 14)**<br><br>**(SECOND REQUEST)**<br><br>[ECF No. 20] |

**IT IS HEREBY STIPULATED** by and between Plaintiff Vincent Nguyen, by and through his respective counsel of record, and Defendant Wynn Resorts Holdings, LLC., by and through their respective counsel of record, that Plaintiff shall have until April 24, 2026 to file his response to Defendant's Motion to Dismiss. This Stipulation is submitted and based upon the following:

1.    Plaintiff's Complaint was filed in the United States District Court, District of Nevada on January 26, 2026 and asserted claims related to Plaintiff's employment with Defendant. (ECF No. 1).

2.    On March 13, 2026, Defendant filed a Motion to Dismiss Plaintiff's Complaint (the "Motion"). (ECF No. 14). Thus, Plaintiff was required to file a response to the Motion to Dismiss within 14-days, on or before March 27, 2026.  (*See* LR 7-2(b)). However, the parties previously agreed to extend the deadline to April 10, 2026, which the Court approved, while Plaintiff evaluated the arguments and issues raised by Defendant. ECF No. 17.

3.    Plaintiff and Defendant Wynn Resorts Holdings, LLC, are discussing the pending motion to dismiss and potential resolution of the motion and dismissal of Wynn Holding Resorts, LLC. However, the parties need additional time to complete discussions prior to the deadline for Plaintiff to respond to the motion.  Thus, the parties have agreed to further extend the deadline.

4.    The Parties have agreed to extend the deadline for Plaintiff to file his response to Defendant's Motion to Dismiss by two-weeks, from April 10, 2026 to April 24, 2026, to allow Plaintiff adequate time to respond to Defendant's Motion.

5.    This is the second stipulation to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss.

6.    The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

STIPULATION

7.     This Stipulation is made in good faith and not for the purpose of delay.

**SO STIPULATED.**

Dated this April 8, 2026.

**GREENBERG GROSS LLP**                          **JACKSON LEWIS P.C.**


/s/ Marian L. Massey                             /s/ DeverieJChristensen
Jemma E. Dunn, Bar #16229                        Deverie J. Christensen
Matthew T. Hale, Bar #16880                      Nevada State Bar No. 6596
Marian L. Massey, Bar #14579                     300 S. Fourth St., Suite 900
1980 Festival Plaza Dr., Suite 730               Las Vegas, Nevada 89101
Las Vegas, NV 89135

                                                 *Attorneys for Defendant Wynn Resorts*
*Attorneys for Plaintiff Vincent Nguyen*          *Holdings, LLC.*


**IT IS SO ORDERED:**


_____
UNITED STATES DISTRICT JUDGE


Dated:   April 10, 2026

STIPULATION