# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Vincent Nguyen,<br><br>        Plaintiff(s),<br><br>v.<br><br>Wynn Las Vegas, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:26-cv-00176-CDS-DJA<br><br>**Order** |

None of the parties believe an early neutral evaluation would be productive. Docket Nos. 24, 25. Accordingly, the early neutral evaluation is VACATED. The Clerk's Office is INSTRUCTED to remove the ENE flag and to remove the undersigned as the settlement judge on this case.

IT IS SO ORDERED.

Dated: May 21, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1