DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
STEWART G. BRUMBELOE, ESQ.
Nevada Bar No. 16813
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: stewart.brumbeloe@jacksonlewis.com

*Attorneys for Defendants*
*Wynn Las Vegas, LLC and*
*Wynn Resorts Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT NGUYEN,<br><br>Plaintiff,<br><br>vs.<br><br>WYNN LAS VEGAS, LLC, a Nevada limited liability company, WYNN RESORTS HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:26-cv-00176-CDS-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE FOR REBUTTAL EXPERT DISCLOSURES**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and IA 6-2 and 26-3, Plaintiff Vincent Nguyen ("Plaintiff") and Defendants Wynn Las Vegas, LLC ("WLV") and Wynn Resorts Holdings, LLC ("WRH") (collectively "Defendants"), by and through their respective counsel of record, stipulate to extend the rebuttal expert disclosure deadline. In support of this stipulation, the parties provide the following:

**A. Discovery Completed to Date.**

To date, the parties have completed the following discovery:

1. On April 30, 2026, Plaintiff served his Fed. R. Civ. P. 26(a)(1) initial disclosures;
2. On April 30, 2026, Defendants' served their Fed. R. Civ. P. 26(a)(1) initial disclosures;

3. On April 30, 2026, Plaintiff served his First Set of Interrogatories to Defendant WLV and First Set of Requests for Production to Defendant WLV;
4. On June 1, 2026, Plaintiff served a Notice of Deposition setting the deposition of Alisha Balee for August 12, 2026;
5. On June 1, 2026, Plaintiff served a Notice of Deposition setting the deposition of Leesa Guandagno for August 13, 2026;
6. On June 1, 2026, Plaintiff served a Notice of Deposition setting the deposition of Micah Largo for August 20, 2026;
7. On June 23, 2026, Defendant WLV served its First Supplemental Disclosures;
8. On June 23, 2026, Defendant WLV served its Response to Plaintiff's First Set of Interrogatories and Plaintiff's First Set of Requests for Production of Documents;
9. On August 4, 2026, Plaintiff served an Amended Notice of Deposition resetting the deposition of Micah Largo for October 1, 2026;
10. On August 4, 2026, Plaintiff served a Notice of Deposition setting the deposition of Christian Carillo for September 17, 2026;
11. On August 13, 2026, Defendant WLV served a Notice of Deposition setting the deposition of Plaintiff for October 21, 2026;
12. On August 20, 2026, Plaintiff served his Initial Designation of Expert Witnesses;
13. On August 20, 2026, Plaintiff served his First Supplemental Disclosures;
14. On August 21, 2026, Plaintiff served his Second Amended Notice of Deposition resetting the deposition of Micah Largo for October 22, 2026.

**B. Discovery Which Still Needs to Occur.**

The parties expect to complete the following discovery:

1. Defendants' Rebuttal Expert Disclosures;
2. Any remaining Written Discovery;
3. Defendants' deposition of Plaintiff;
4. Plaintiff's deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness(es) and fact witnesses, including but not limited to: Leesa Guandango, Allen Taliaferro, Rickey

Paiz, Shane Oimette, and Fed. R. Civ. P. 30(b)(6) witness(es) for BASIC; and

5. any additional subpoenas, depositions, and written discovery as needed.

**C. Reasons For Extension.**

Undersigned counsel's point of contact with Defendant is on vacation for two weeks and is unable to discuss Plaintiff's Expert Disclosures to determine the necessity of rebuttal experts. This unavailability has significantly limited the opportunity for counsel to discuss potential rebuttal experts and retain the same within the current deadline. There is good cause to extend. *See Jones v. Becerra*, No. 3:19-cv-1226-L-AHG, 2020 U.S. Dist. LEXIS 200839, at *3 (S.D. Cal. Oct. 28, 2020) (finding good cause to extend discovery based on challenges in scheduling depositions due to scheduling conflicts).

**D. Proposed Schedule for Providing Defendants' Rebuttal Experts.**

The parties propose a 14-day extension of the Rebuttal Experts Disclosures deadline with the remaining discovery deadlines to remain unchanged:

1. **Rebuttal Experts Disclosures:** The September 16, 2026, deadline shall be extended to **September 30, 2026**.

Dated: August 28, 2026

**GREENBERG GROSS LLP**

*/s/ Marian L. Massey*
Jemma E. Dunn, Bar #16229
Matthew T. Hale, Bar #16880
Marian L. Massey, Bar #14579
1980 Festival Plaza Dr., Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff Vincent Nguyen*

**JACKSON LEWIS P.C.**

*/s/ Stewart G. Brumbeloe*
Deverie J. Christensen, Bar #6596
Stewart G. Brumbeloe, 16813
300 South Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendants Wynn Las Vegas, LLC and Wynn Resorts Holdings, LLC*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 35) is GRANTED and that Defendants' prior motion (ECF No. 34) is DENIED AS MOOT.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2026